Daniel Lee SAPPINGTON,
Movant–Appellant,

v.

STATE of Missouri,
Respondent–Respondent.

No. 53477.

Missouri Court of Appeals,
Eastern District,
Division One.

May 3, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 1, 1988.

Application to Transfer Denied
July 26, 1988.

Henry B. Robertson, Asst. Public Defender, St. Louis, for movant-appellant.

William L. Webster, Atty. Gen., Deborah L. Ground, Asst. Atty. Gen., Jefferson City, for respondent-respondent.

### ORDER

PER CURIAM.

Movant appeals from an order of the court, granting his Rule 27.26 motion and resentencing him to a total of three years' imprisonment. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).